UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.

DAVID JOHN GUNDERSON,

      Defendant.

_____/

HON. R. ALLAN EDGAR

Case No. 2:11-pt-06

**ORDER OF DETENTION**

Defendant appeared before the undersigned on December 5, 2011, on an amended probation petition for offender under supervision, issued for alleged violations of defendant's conditions of supervised release. Defendant indicated to the court that he waived his right to a preliminary hearing and his right to appear before a district judge, and requested a revocation hearing be scheduled. The government requested that defendant be detained pending a revocation hearing. Defense counsel indicated that defendant took no position with regard to detention. Accordingly, IT IS HEREBY ORDERED that the defendant shall be detained pending a revocation hearing, with defendant reserving the right to request a detention hearing at a later date.

      IT IS SO ORDERED.

Date: December 6, 2011

     /s/ Timothy P. Greeley
     TIMOTHY P. GREELEY
     United States Magistrate Judge